IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:06CR43 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| ANDREW E. JENNINGS, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Memorandum and Order filed on this date,

IT IS ORDERED:

1.   The defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by Person in Federal Custody (Filing No. 60) is denied.

2.   The Clerk is directed to mail a copy of this Memorandum and Order to the defendant at his last known address.

DATED this 8th day of November, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge