IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:06CR43 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| ANDREW E. JENNINGS, | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to alter or amend judgment, Filing No. 64, and motion to clarify docket, Filing No. 66.   The Court has reviewed the motion to alter and amend and finds it to be without merit.   Accordingly, the Court will deny the motion.   The motion to clarify the docket is, therefore, moot.

THEREFORE, IT IS ORDERED THAT:

1.  The motion to alter or amend, Filing No. 64, is denied; and

2. The motion to clarify, Filing No. 66, is denied.

DATED THIS 20th day of October, 2009.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge