IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:06CR43 |
| vs. | ORDER FOR DISMISSAL |
| ANDREW JENNINGS, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion to Dismiss (Filing No. 131) the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 110). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The United States' Motion is granted and the Petition for Offender Under Supervision is dismissed.

Dated this 14th day of February, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge